162 A.3d 846

**ROBINSON**

v.

**DORE**

**Pet. Docket No. 78, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2620, Sept. Term, 2015).

Petition for writ of certiorari denied

■

162 A.3d 846

**SCHRIVER, Anita L.**

v.

**STATE of Maryland**

**Pet. Docket No. 37, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

(Nos. 18–K–16–000356, 18–K–16–000327, 18–K–16–000369, Circuit Court for St. Mary's County.)

Petition for writ of certiorari denied